IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL - 7 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO.: 3:11-CR-106-L |
| | ) |
| DAVID WILCOTS (10) | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

David Wilcots, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir.

1997), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and

entered a plea of guilty to Count(s) 1 of the superseding Information on July 7, 2011. After

cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule

11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged

is supported by an independent basis in fact containing each of the essential elements of such offense.

I therefore recommend that the plea of guilty be accepted, and that Defendant be adjudged guilty and

have sentence imposed accordingly.

Date: July 7, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).